UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61836-CIV-MORENO

HERBERT HATHCOCK,

    Plaintiff,

vs.

JAMES R. McDONOUGH,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Herbert Hathcock's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **December 17, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 22)** on **June 26, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 22)** on **June 26, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This petition for writ of habeas corpus is **DISMISSED** as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2) with regard to all challenges to the original judgment and

sentence, and denied for failure to make a substantial showing of the denial of a federal right with regard to the challenges to the probation revocation and resultant term of imprisonment. See 28 U.S.C. §§ 2241(c)(3), 2254(a).

(2) Petitioner's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**.

(3) Petitioner's Motion for Summary Judgment **(D.E. No. 21)**, filed on **February 28, 2008**, is DENIED as moot.

(4) This case is now CLOSED, and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record